UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Case No. 19-cv-07740

        Plaintiffs,

v.

LJS PROPERTIES L.L.C.,

        Defendant.

## REQUEST FOR CERTIFICATE OF DEFAULT

Clerk of Court:

Please enter the default of the defendant LJS PROPERTIES L.L.C. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of the plaintiff's attorney.

Dated: Garden City, New York
      December 17, 2019

        Respectfully submitted,

        THE LAW OFFICE OF DARRYN SOLOTOFF PLLC

        *s/Darryn G. Solotoff*

        Darryn G. Solotoff (DS-8117)
        100 Quentin Roosevelt Blvd, #208
        Garden City, New York 11530
        Phone: 516.695.0052
        Fax: 516.706.4692
        ds@lawsolo.net